UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN W. SHORT,

    Plaintiff,

v.                                              Case No. 3:24cv503-LC-HTC

KELVIN C. WELLS,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 21, 2024 (ECF No. 4), recommending that Plaintiff's case be dismissed as frivolous. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED as frivolous under 28 U.S.C. § 1915(e)(2)(B) and § 1915A.

3. The clerk shall close the file.

4. All other matters raised in docs 6,7,8,10,11, & 13 are deemed frivolous and Denied.

**DONE AND ORDERED** this 21st day of November, 2024.

       *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**